JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA G. REYNA, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>VALASSIS DIRECT MAIL, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　Defendants. | Case No: 2:21-cv-07114-DSF-PD<br><br>*Assigned to the Hon. Dale S. Fischer, Courtroom 7D*<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Originally Los Angeles Superior Court Action No.: 21STCV23360]<br><br>State Action Filed: June 23, 2021<br>Trial Date:　　　April 04, 2023 |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date:　August 9, 2022　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer

-1-